# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Christopher G. Mehne, et al.,<br><br>    Plaintiffs<br>v.<br><br>TVPX Aircraft Solutions, Inc., et al.,<br><br>    Defendants | Case No.: 2:21-cv-01063-GMN-VCF |
| Kashif Shankle, as Special Administrator of the Estates of Juan Jose Aguilar Talavera and Luis Ovidio Gonzalez Flores, et al.,<br><br>    Plaintiffs<br>v.<br><br>TVPX Aircraft Solutions, Inc., et al.,<br><br>    Defendants | Case No.: 2:21-cv-01065-JAD-NJK<br><br>**Order Transferring Related Case** |

These removed cases arise out of a single plane crash during a private jet flight from Las Vegas, Nevada, to Monterrey, Mexico on May 5, 2019. Defendants TVPX Aircraft Solutions, Inc. and TVPX 2017 MSN 5043 Business Trust filed notices of related cases, alerting the court to the significant overlap in these matters. Local Rule 42(a) provides that "[i]f a notice of related cases is filed, the assigned judges will determine whether the actions will be assigned to a single district judge or magistrate judge."[1] Because these related actions involve the same event and their assignment to the same district and magistrate judge is likely to effect a substantial savings of judicial effort, and because it would entail substantial duplication of labor if the actions

---

[1] L.R. 42(a).

continue to be heard by different district and magistrate judges, the court hereby transfers the later-filed matter to District Judge Gloria M. Navarro and Magistrate Judge Cam Ferenbach for all further proceedings.

The Clerk of Court is THEREFORE ORDERED to **TRANSFER and REASSIGN** Case No.: 2:21-cv-01065-JAD-NJK to District Judge Gloria M. Navarro and Magistrate Judge Cam Ferenbach for all further proceedings.

Dated: June 29, 2021

_____
U.S. District Judge Gloria M. Navarro

_____
U.S. District Judge Jennifer A. Dorsey