|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA |
| CHRISTOPHER G. MEHNE, as Personal Representative of the Estate of MANUEL ALEJANDRO SEPÚLVEDA-GONZÁLEZ, deceased; ANA MARÍA GONZÁLEZ-GÓMEZ, as HEIR to the Decedent, MANUEL ALEJANDRO SEPÚLVEDA-GONZÁLEZ, deceased; MANUEL SEPÚLVEDA-CRUZ, as HEIR to the Decedent MANUEL ALEJANDRO SEPÚLVEDA-GONZÁLEZ, deceased; | CASE 2:21-cv-01063-GMN-VCF<br><br>ORDER APPOINTING SPECIAL PROCESS SERVER |
| CHRISTOPHER G. MEHNE, as Personal Representative of the Estate of MÓNICA LETICIA SALINAS-TREVIÑO, deceased; JUAN JOSÉ SALINAS ALMAGUER, as HEIR to the Decedent, MÓNICA LETICIA SALINAS-TREVIÑO, deceased; LETICIA GUADALUPE TREVIÑO VILLAREAL, as HEIR to the Decedent, MÓNICA LETICIA SALINAS-TREVIÑO, deceased; | |
| CHRISTOPHER G. MEHNE, as Personal Representative of the Estate of ADRIANA MONSERRAT MEJÍA-SÁNCHEZ, deceased; MARÍA FERNANDA INIESTRA-MEJÍA, as HEIR to the Decedent, ADRIANA MONSERRAT MEJÍA-SÁNCHEZ, deceased; BLANCA JANET MEJÍA-SÁNCHEZ, as HEIR to the Decedent, ADRIANA MONSERRAT MEJÍA-SÁNCHEZ, deceased; PEDRO GABRIEL INIESTRA-GALLARDO, as HEIR to the Decedent, ADRIANA MONSERRAT MEJÍA-SÁNCHEZ, deceased; | |
| CHRISTOPHER G. MEHNE, as Personal Representative of the Estate of LUIS OCTAVIO REYES-DOMÍNGUEZ, deceased; ALYANNA CAROLINA REYES-CISNEROS, as HEIR to the Decedent, LUIS OCTAVIO REYES-DOMÍNGUEZ, deceased; SARA ALEJANDRA REYES-LUNA, as HEIR to the Decedent, LUIS OCTAVIO REYES-DOMÍNGUEZ, deceased; VICTORIA REYES-CISNEROS, as HEIR to the Decedent, LUIS OCTAVIO REYES-DOMÍNGUEZ, deceased; | |
| CHRISTOPHER G. MEHNE, as Personal | |

| | |
|---|---|
| 1 | Representative of the Estate of LOYDA LILIANA LUNA-LORROSA. deceased; |
| 2 | MARIA DEL PILAR LARROSA-DELGADO. as HEIR to the Decedent, |
| 3 | LOYDA LILIANA LUNA-LARROSA, deceased; |
| 4 | |
| 5 | CHRISTOPHER G. MEHNE. as Personal Representative of the Estate of JADE PAOLA REYES-LUNA. deceased; |
| 6 | ALYANNA CAROLINA REYES-CISNEROS. as HEIR to the Decedent. |
| 7 | JADE PAOLA REYES-LUNA. deceased; SARA ALEJANDRA REYES-LUNA. as |
| 8 | HEIR to the Decedent. JADE PAOLA REYES-LUNA. deceased; VICTORIA |
| 9 | REYES-CISNEROS. as HEIR to the Decedent, JADE PAOLA REYES-LUNA, |
| 10 | deceased; |
| 11 | |
| 12 | CHRISTOPHER G. MEHNE. as Personal Representative of the Estate of |
| 13 | GUILLERMO OCTAVIO REYES-LUNA, deceased; ALYANNA CAROLINA |
| 14 | REYES-CISNEROS. as HEIR to the Decedent. GUILLERMO OCTAVIO |
| 15 | REYES-LUNA. deceased; SARA ALEJANDRA REYES-LUNA. as HEIR to |
| 16 | the Decedent. GUILLERMO OCTAVIO REYES-LUNA. deceased; VICTORIA |
| 17 | REYES-CISNEROS. as HEIR to the Decedent. GUILLERMO OCTAVIO |
| 18 | REYES-LUNA, deceased; and |
| 19 | CHRISTOPHER G. MEHNE. as Personal Representative of the Estate of FRIDA |
| 20 | ALEJANDRINA REYES-LUNA. deceased; ALYANNA CAROLINA |
| 21 | REYES-CISNEROS. as HEIR to the Decedent. FRIDA ALEJANDRINA |
| 22 | REYES-LUNA. deceased; SARA ALEJANDRA REYES-LUNA. as HEIR to |
| 23 | the Decedent. FRIDA ALEJANDRINA REYES-LUNA. deceased; VICTORIA |
| 24 | REYES-CISNEROS. as HEIR to the Decedent. FRIDA ALEJANDRINA REYES-LUNA, deceased; |
| 25 | Plaintiffs, |
| 26 | |
| 27 | vs. |
| 28 | TVPX AIRCRAFT SOLUTIONS. INC.; |

| | |
|---|---|
| 1<br>2<br>3<br>4 | COMPAÑÍA DE AVIACIÓN Y LOGISTICA EMPRESARIAL S.A. DE C.V.; TVPX 2017 MSN 5043 BUSINESS TRUST; ATLANTIC AVIATION FBO, INC., and NABOR BONILLA CALDERA<br><br>Defendants. |

IT IS HEREBY ORDERED that APS International, Ltd. is authorized to effect service of process on the foreign Mexican Defendants, COMPAÑIA DE AVIACIÓN Y LOGISTICA EMPRESARIAL S.A. DE C.V. and NABOR BONILLA CALDERA, and each of them.

DATED this __1st__ day of __September__, 2021.

~~Honorable Gloria M. Navarro~~   Cam Ferenbach
~~United States District Judge~~   United States Magistrate Judge